**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LISA SCORPIO, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:25-CV-1860 SRW |
| | ) | |
| TRIZETTO PROVIDER SOLUTIONS, LLC, | ) | |
| | ) | |
| | ) | |
| Defendants. | | |

**ORDER OF DISMISSAL**

This matter is before the Court on the Plaintiff Lisa Scorpio's Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (ECF No. 4). In accordance with the Voluntary Dismissal, this matter is **DISMISSED** without prejudice.

So Ordered this 30th day of December 2025.

**CRISTIAN M. STEVENS**
**UNITED STATES DISTRICT JUDGE**